## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEONARD O. DOUGLAS | : | |
| Plaintiff | : | |
| v | : | Civil Action No. PJM-05-2230 |
| CLINICAL DIRECTOR, ELMER HALL, and DAVID HELSEL | : | |
| Defendants | : | |

o0o

## **MEMORANDUM**

The above-captioned civil rights action, filed on August 12, 2005, alleges that nurses at Spring Grove Hospital are not supervising patients properly to insure that they actually take their medication. Paper No. 1.

Under the provisions of 28 U.S.C. § 1915(e)(2) (1996), a case "shall be dismissed at any time if the court determines that– (A) the allegation of poverty is untrue; or (B) the action or appeal– (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."

The instant complaint must be dismissed under this standard. Plaintiff has failed to state how the conduct alleged has caused him a cognizable injury. In addition, there is no discernible federal cause of action stated by the allegations raised. For those reasons, the Complaint must be dismissed by separate order which follows.

September 1, 2005

                                                   /s/
                                     PETER J. MESSITTE
                      UNITED STATES DISTRICT JUDGE